```
                                                    FILED IN THE
                                                 UNITED STATES
                                               BANKRUPTCY COURT

                                               2010 MAR 15 PM 12: 44

                                               DISTRICT OF UTAH
                                                      MAIL
```

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 09-26448 JAB |
| JOSEPH HUNTER FIFE | ) Chapter 7 |
| | ) |
| | ) NOTICE OF PAYMENT OF |
| Debtor (s) | ) FUNDS INTO THE REGISTRY |
| | ) |
| | ) |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On March 10, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two (2) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437338943.

4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

|  |  |
|---|---|
| Claim No.: | 2 |
| Claimant: | Provo City Utilities<br>251 West 280 North<br>Provo, UT 84601 |
| Claim Amount: | $143.38 |
| Distribution: | $2.60 |
| | |
| Claim No.: | 7 |
| Claimant: | Mountainland Collections<br>PO Box 1280<br>American Fork, UT 84003 |
| Claim Amount: | $237.97 |
| Distribution: | $4.32 |

5. Checks in the amounts of $2.60 and $4.32 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 3-11-10

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 12th day of March, 2010:

PROVO CITY UTILITIES
251 WEST 280 NORTH
PROVO, UT 84601

MOUNTAINLAND COLLECTIONS
PO BOX 1280
AMERICAN FORK, UT 84003

*Melanie Valderrama*